**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.        Case No. 08-MC-50839

LISA MITCHELL,

    Defendant.
                               /

**ORDER DENYING BRADLEY J. ORNS'S**
**"MOTION FOR CRIME VICTIM'S RIGHTS ACT ENFORCEMENT"**

Before the court is Bradley J. Orns's "Motion For Crime Victims' Rights Act Enforcement," filed on August 20, 2008. The Government has filed a response to the motion, in which it requests that the motion be denied as moot. Because the Government has voluntarily agreed to provide the relief sought by Mr. Orns,

IT IS ORDERED that the "Motion For Crime Victims' Rights Act Enforcement" [Dkt. # 2] is DENIED AS MOOT. Assistant U.S. Attorney Craig Weier is DIRECTED to contact the court's case manager to discuss the logistics of allowing Mr. Orns to be telephonically present at Defendant Lisa Mitchell's sentencing in Case Number 08-CR-20099.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: September 22, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 22, 2008, by electronic and/or ordinary mail.

                                            s/Lisa G. Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522